No. 11M65. LAHRICHI v. LUMERA CORP. ET AL. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal denied without prejudice to filing a renewed motion together with either a redacted supplemental appendix or an explanation as to why the supplemental appendix may not be redacted within 30 days.

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Motion of the Special Master for allowance of fees and disbursements granted,

and the Special Master is awarded a total of $70,884.97 for the period April 4 through December 31, 2011, to be allocated among the States as follows: Kansas $28,353.99; Nebraska $28,353.99; and Colorado $14,176.99. [For earlier order herein, see, *e. g.*, 563 U. S. 915.]